1  McGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2771



FILED

OCT 2 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

                          2:05 - CR - 0446 MCE

11 UNITED STATES OF AMERICA,      )   CR. NO.
                                  )
12           Plaintiff,            )   VIOLATIONS:  21 U.S.C.
                                  )   § 843(b) Illegal Use of
13                                )   Communication Facility
        v.                        )
14                                )
                                  )
15 GAVIN TURNER,                   )
                                  )
16           Defendant.            )
                                  )
17 _____)

18                    I N F O R M A T I O N

19      [21 U.S.C. § 843(b) - Illegal Use of Communication Facility]

20

21      The United States Attorney charges:  T H A T

22                      GAVIN TURNER,

23 defendant herein, in or about October, 2002, in the State and the

24 Eastern District of California, and elsewhere, did knowingly and

25 intentionally use a communication facility, to wit: a telephone;

26 in committing and in causing and facilitating the commission of a

27 violation of Title 21, United States Code, Section 841(a)(1), to

28 wit:  possession with the intent to distribute cocaine, a II

                              1

1  controlled substance.
2      All in violation of Title 21, United States Code, Section
3  843(b).

4                          McGREGOR W. SCOTT
                           United States Attorney
5
6                          By: _____
                           KYMBERLY A. SMITH
7                          Assistant United States Attorney

8
9  Dated: 10/20/05

## PENALTY SLIP
## GAVIN TURNER      2:05-CR-0446 MCE

**VIOLATION:** 21 U.S.C. § 843(b) - Illegal Use of Communication Facility
**PENALTY:** Imprisonment of no more than 4 years;
Fine of no more than $250,000; and
No more than 3 year supervised release

**PENALTY ASSESSMENT:** $100.00 special assessment