MARK J. REICHEL, Bar #155034
Attorney At Law
655 University Ave., Suite 215
Sacramento, California  95825
Telephone: (916) 974-7033

Attorney for Defendant
GAVIN TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>                                    )<br>GAVIN TURNER, et al.                )<br>                                    )<br>                                    )<br>            Defendants.             )<br>_____ ) | NO. 2:05-cr-0446-MCE<br><br>**STIPULATION TO CONTINUE DATE FOR**<br>**SELF SURRENDER; ORDER**<br><br>DATE: March 6, 2006<br>TIME: N/A<br>JUDGE: HON. MORRISON C. ENGLAND |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KYMBERLY SMITH, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant GAVIN TURNER that the present date for self surrender of March 6, 2006 be vacated and re calendared for March 20, 2006.

All prior orders of this court and terms of supervision and pretrial release shall remain in full force and effect.


DATED: March 6, 2006.              Respectfully submitted,

                                   MARK J. REICHEL, ESQ.

                                   /s/ MARK J. REICHEL
                                   MARK J. REICHEL
                                   Attorney for Gavin Turner

```
                                    McGREGOR W.  SCOTT
                                    United States Attorney

DATED: March 6, 2006.                /s/MARK J. REICHEL for:
                                    KYMBERLY SMITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.**

DATED: March 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE