1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK J. REICHEL, Bar #155034
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GAVIN TURNER

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )  NO. 2:05-cr-00446-MCE
12                Plaintiff,         )
                                     )  **STIPULATION TO CONTINUE DATE FOR**
13       v.                          )  **SELF SURRENDER; ORDER**
                                     )
14                                   )  Date: March 24, 2006
                                     )  Time: N/A
15  GAVIN TURNER,                    )  Judge: Hon. MORRISON C. ENGLAND
                  Defendant.         )
16  _____

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, KYMBERLY SMITH, Assistant United States

20  Attorney, attorney for Plaintiff, MARK J. REICHEL, attorney for

21  Defendant, that the date for self surrender and service of sentence is

22  extended to March 24, 2006.

23                                  Respectfully submitted,

24
   DATED: March 22, 2006           /s/ MARK J. REICHEL_____
25                                 MARK J. REICHEL
                                   Attorney for Defendant
26

27

28

McGREGOR SCOTT
United States Attorney


DATED: March 22, 2006                    /s/ MARK J. REICHEL for
                                         KIMBERLY SMITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff




**IT IS SO ORDERED.**  All other terms and conditions of the

defendant's release shall remain in full force and effect.

DATED: March 23, 2006


_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE